# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

NATHAN WILKINS,

    Petitioner,

v.                                              CASE NO. 5:16-cv-00094-WTH-CJK

FLORIDA DEPARTMENT OF CORRECTIONS SECRETARY,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING 28 U.S.C. § 2254 MOTION

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 13, 2017. (ECF No. 29). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time to file objections has passed, and none have been filed. Upon consideration, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The Clerk is directed to enter the following judgment: "The motion

under 28 U.S.C. § 2254, ECF No. 11, is denied."

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this *1st* day of June, 2018

_____
UNITED STATES DISTRICT JUDGE